# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**CHANEL TURNER,**

    Plaintiff,

           **CASE NO.** 4:18cv100

**v.**

**WILLIAM BEAL, II,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's action is DISMISSED without prejudice.

**DATED:** 10/12/2018            FERNANDO GALINDO, Clerk

                                                   By: _____/s/_____
                                                   E. Price, Deputy Clerk